## 16554.   DeLoach *v*. The State.

Bloodworth, J.   1. The court did not err either in overruling the demurrer to the accusation or in "disallowing" the plea in abatement.

2. There is no merit in any of the special grounds of the motion for a new trial.

3. There was evidence to support the verdict.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

Decided July 29, 1925.

Accusation of drunkenness on highway; from city court of Reidsville—Judge Cowart. May 4, 1925.

*W. T. Burkhalter,* for plaintiff in error.

*M. W. Eason, solicitor,* contra.

---

## 16556.   Wynn *v*. Maddox, sheriff, for use, etc.

Broyles, C. J.   1. Under the facts of the case the court did not err: (*a*) in disallowing the proffered amendment to the defendant's original plea in abatement; (*b*) in disallowing the defendant's special plea in bar; (*c*) in dismissing the motion for a new trial.

2. This court not being satisfied that the writ of error was prosecuted for the purpose of delay only, the request of the defendant in error for the award of damages is denied.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

Decided July 29, 1925.

Action on bond; from city court of Dublin—Judge Bidgood. April 20, 1925.

*W. A. Dampier,* for plaintiff in error.

*S. W. Sturgis,* contra.